MICHAEL J. FABER, Bar No. 89149
email: mfaber@faberlaw.net
12424 Wilshire Blvd., 9th Floor
Los Angeles, California 90025
(310) 442-6610 (Telephone)
(310) 442-6612 (Facsimile)

Attorney for Plaintiff
CHRISTOPHER COMSTOCK, an individual

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER COMSTOCK, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>PACIFIC WEST BUILDERS, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.  5:23-CV-01641-SSS-SP<br><br>**Stipulation for Dismissal**<br><br>*Hon. Sunshine S. Sykes* |

IT IS HEREBY STIPULATED by and between Christopher Comstock and Pacific West Builders, Inc., by and through their respective counsel of record, that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear his/its own costs and attorney fees.

Dated: March 28, 2025

/s/_____
Michael J. Faber
Attorney for Plaintiff
Christopher Comstock

/s/_____
David A. Selden
Attorney for Defendant
Pacific West Builders, Inc.

1

Stipulation for Dismissal